FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 0 4 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTONIO SAJVIN, on behalf of himself individually,
and on behalf of others similarly situated

                Plaintiff,

-against-

SINGH FARM CORPORATION, AVTAR SINGH,

                Defendants.
----------------------------------------------------------------X

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
17-cv-4032 (AMD) (RER)

**ANN M. DONNELLY, United States District Judge:**

On July 6, 2017, the plaintiff, Antonio Sajvin, commenced this action against the defendants, Singh Farm Corporation and Avtar Singh. (ECF No. 1.) On September 15, 2017, the plaintiff requested a certificate of default, which the clerk of the court entered on September 28, 2017. (ECF Nos. 11, 12.) The plaintiff filed a motion for default judgment on January 22, 2018, seeking an award for $83,301.24, including attorneys' fees, costs, and prejudgment interest. (ECF No. 16.) On August 13, 2018, the Honorable Ramon E. Reyes, Jr. recommended that I grant the plaintiff's motion and award the plaintiff $79,269.18 plus post-judgment interest—this amount includes attorneys' fees, costs, and prejudgment interest. (ECF No. 21.) No objections have been filed to the Report and Recommendation, and the time for doing so has passed. (*Id.*)

In reviewing a Report and Recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Where no party has objected to the magistrate judge's recommendation, "a district court need only satisfy itself that there is no clear error on the face of the record."

1

*Urena v. New York*, 160 F.Supp.2d 606, 609-10 (S.D.N.Y. 2001) (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

I have reviewed Judge Reyes's thorough and well-reasoned Report and Recommendation for clear error, and I find that there is none. Accordingly, I adopt the Report and Recommendation in its entirety. The plaintiff's motion for default judgment is granted, and the plaintiff is awarded $79,269.18 plus post-judgment interest—this amount includes attorneys' fees, costs, and prejudgment interest.

**SO ORDERED.**

                                                    s/Ann M. Donnelly
                                                    _____
                                                    Ann M. Donnelly
                                                  United States District Judge

Dated: Brooklyn, New York
       September 4, 2018