UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANTONIO SAJVIN, on behalf of himself individually,
and on behalf of others similarly situated

                        Plaintiff,

                                                        JUDGMENT
                                                        17-cv-4032 (AMD) (RER)

               -against-

SINGH FARM CORPORATION, AVTAR SINGH,

                        Defendants.
------------------------------------------------------------ X

       An Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on September 4, 2018, adopting in its entirety the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated August 13, 2018, granting Plaintiff's motion for default judgment; and awarding Plaintiff $79,269.18, plus post-judgment interest -- this amount including attorneys' fees, costs and prejudgment interest ; it is

       ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; and that Plaintiff is awarded a total amount of $79,269.18, plus post-judgment interest.

Dated: Brooklyn, NY                                              Douglas C. Palmer
September 5, 2018                                             Clerk of Court

                                                    By:    /s/*Jalitza Poveda*
                                                                Deputy Clerk